SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant U.S. Attorney

1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724

Attorneys for the United States

E-filing

FILED
2007 NOV -8 PM 1:59

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
ROSHEA RENEE LOUISE HUTSON,
    Defendant.

CRIMINAL NO. 07-70671 WDB

NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on November 7, 2007, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon a memorandum filed by the United States Pretrial Services Officer for the District of Oregon alleging supervised release violations pending in the District of Oregon, Case Number CR 07-60074 (copy attached).

In that case, the defendant is charged with violating the term of her pretrial release that states: "No new law violations while on pretrial release." The Pretrial Services Officer alleges in his memorandum that Ms. Hutson has sustained two convictions while on pretrial release: a conviction in Illinois for unlawful possession of drug paraphernalia and another conviction in Texas for assault on a public servant with a weapon and fraudulent use of identification. The

1

1  pretrial services officer recommends that Ms. Hutson's release be revoked and that she be
2  detained.
3
4  DATED: November 8, 2007

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

/s/ Keslie Stewart

KESLIE STEWART
Assistant U.S. Attorney

PS-2(9/03)

# UNITED STATES DISTRICT COURT

for

# DISTRICT OF OREGON

U.S.A. vs. Roshea Renee Louise Hutson　　　　　　　　　　　　　Docket No. CR07-60074-HO

TO: any United States Marshal or any other authorized officer

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT | SEX | RACE | AGE |
|---|---|---|---|
| Roshea Renee Louise Hutson | F | B | 26 |

ADDRESS (STREET, CITY, STATE)

907 7th St.
Richmond, CA 94801

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)

U.S. District Court, Eugene, Oregon

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| [signature] | | 11/6/07 |

## RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS)

| NAME | (BY) | DATE |
|---|---|---|

Certified to be a true and correct copy of original
Dated 11-6-07
By [signature] Sharyl S. McConnell, Clerk
　　　　　　　　　　　　　Deputy

ORD PTS (DC (10/08))

# United States District Court
## District of Oregon

FILED '07 NOV 06 16:06 USDC-ORE

### Petition for Warrant or Summons for Defendant Under Pretrial Service Supervision

| Name of Defendant | Date |
|---|---|
| Roshea Renee Louise Hutson | November 6, 2007 |
| Name of Judicial Officer | Case Number |
| The Honorable Thomas M. Coffin, U.S. Magistrate Judge | CR07-60074-HO |
| Original Offense | Date Supervision Commenced |
| Bank Fraud | May 17, 2006 |
| Bond Conditions Imposed: | |

## PETITIONING THE COURT

■ To issue a warrant

### Nature of Noncompliance

1. Ms. Hutson has been convicted on two occasions while on pretrial release.

### U.S. Pretrial Services Officer Recommendation:
■ The bond should be revoked.
■ Detention pending final adjudication due to
   ■ risk of nonappearance.
   ■ danger to community.

Based upon the above allegations, probable cause has been established that a violation of pretrial release has been committed. It is recommended the Court order the issuance of a warrant and order to show cause why the defendant's pretrial release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/6/07

_Nick Stranieri_
U.S. Pretrial Services Officer

### Assistant U.S. Attorney's Position:
■ The U.S. Attorney's office has been notified of this violation and:
   ■ Concurs with recommendation.
   ☐ Does not concur with recommendation.

_____    _____
Assistant U.S. Attorney              Date

### THE COURT DIRECTS:
■ The Issuance of a Warrant (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ Other: _____

_____    11/6/07
U.S. Magistrate Judge                Date

Certified to be a true and correct copy of original filed in my office.
Dated  11-6-07
By _____
Sharyl S. McConnell, Clerk
Deputy

|  | UNITED STATES GOVERNMENT |
|---|---|
| DATE: November 6, 2007 | MEMORANDUM |
| REPLY TO ATTN OF: Nick Stranieri<br>U.S. Pretrial Services Officer | |
| SUBJECT: HUTSON, Roshea Renee Louise<br>CR07-60074-HO | VIOLATION OF RELEASE CONDITIONS |
| TO: The Honorable Thomas M. Coffin, U.S. Magistrate Judge | |

On May 17, 2006, the above-named defendant was placed under pretrial supervision with conditions which include:

- No new law violations while on pretrial release.

### Nature of Noncompliance

On today's date, this officer received a phone call from U.S. Probation Officer Patty Robb. She asked if I was aware that the defendant had been convicted on two occasions while on pretrial release. I told her I was unaware of any law violations the defendant has had thus far while under supervision. Officer Robb provided the police reports regarding the defendant's convictions in Illinois and Texas.

On September 27, 2006, Ms. Hutson was arrested by the Garland Police Department in Garland, Texas. Ms. Hutson was observed trying to pass a forged check in a Washington Mutual Bank. When officer's arrived to question Ms. Hutson she resisted arrest and sprayed an officer with pepper spray. She was eventually subdued and taken into custody. On May 24, 2007, Ms. Hutson was convicted of Assault on a Public Servant with a Weapon and Fraudulent Use of Identification. She was sentenced to six years probation.

On May 15, 2007, Ms. Hutson was convicted of Unlawful Possession of Drug Paraphernalia in Washington County, Illinois. She was sentenced to a $200 fine.

On today's date, this officer contacted U.S. Pretrial Services Officer Hence Williams Jr. III who is currently courtesy supervising Ms. Hutson for the District of Oregon. Mr. Williams indicates, Ms. Hutson has not had any permission to travel outside the State of California. He relates she has failed to mention any arrest or convictions to Officer Williams.

**SUPERVISION PERFORMANCE:** Obviously, Ms. Hutson's performance has been poor while under supervision. This officer is definitely concerned that she has traveled to other states and been convicted of two crimes while under pretrial supervision.

The defendant is scheduled for sentencing on November 20, 2007.

**RECOMMENDATION:** This office has submitted a Petition for Warrant. Upon arrest and initial appearance, it is recommended that the defendant's pretrial release be revoked, and the defendant be detained.