BARRY J. PORTMAN
Federal Public Defender
Hilary Fox
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant HUTSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROSHEA RENEE LOUISE HUTSON,<br><br>　　　　　Defendant. | No. CR-07-70671-WDB<br><br>DEFENDANT'S WAIVER OF HEARING AND REQUEST FOR IMMEDIATE REMOVAL PURSUANT TO RULE 5(C)(3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

　　　Defendant Roshea Hutson was arrested in this district based on an arrest warrant issued out of the district of Oregon alleging violations of the conditions of her pretrial release. Ms. Hutson made her initial appearance this morning before the Magistrate Judge and was advised of the charges against her. The Court set this matter for further hearing on Tuesday, November 13 at 10:00 a.m.

　　　At this time, having conferred further with counsel regarding her rights to an identity hearing and a bail hearing in this district, it is Ms. Hutson's desire to waive her right to an identity hearing and a bail hearing in this district. She further requests that the Court vacate the appearance currently scheduled for November 13 and order that she be removed promptly to the District of Oregon, where she is scheduled to appear for judgment and sentencing on November

REMOVAL REQUEST　　　　　　　　　　　　　1

1  20, 2007.  The government has been notified and has no objection to defendant's request.

2      Therefore, through counsel, Ms. Roshea Hutson hereby waives her rights to an identity

3  hearing and a bail hearing in this district, and further requests that the Court vacate the hearing

4  currently scheduled for November 13 and order that she be removed promptly, in custody, to the

5  District of Oregon.

6  Dated: November 9, 2007

7                                    Respectfully submitted,

8                                    BARRY J. PORTMAN
                                  Federal Public Defender

9
                                  /S/

10
                                  Hilary Fox
11                                   Assistant Federal Public Defender

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

REMOVAL REQUEST                                         2