AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA, OAKLAND DIVISION__

UNITED STATES OF AMERICA
V.
ROSHEA RENEE LOUISE HUTSON

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-07-70671-WDB | CR-07-60074-HO | 4-07-70671-WDB | CR-07-60074-HO |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Other (specify) Petition for Warrant for Defendant Under Pretrial Service Supervision

charging a violation of Title 18 U.S.C. § 3148

**DISTRICT OF OFFENSE**
U.S. District Court, District of Oregon, Eugene

**DESCRIPTION OF CHARGES:**
Pretrial Release Violation

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) Through counsel, the deft. waived her rights to an Identity/Removal Hrg. and Detention Hrg. in the District of Arrest, reserving her rights to revisit the matter of detention de novo in the District of Oregon, Eugene.

**Representation:** ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ☒ No  ☐ Yes  Language:

___NORTHERN___ DISTRICT OF ___CALIFORNIA, OAKLAND___

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11-13-07
Date

United States ~~Judge or~~ Magistrate Judge   WAYNE D. BRAZIL

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |